CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MATTHEW J. WEBB (SBN: 148228)
mwebblaw@cs.com
LAW OFFICES OF MATTHEW J. WEBB
1382 A Street
Hayward, California 94541
Telephone: (510) 444-4224
Attorneys for Defendant
Hao T. Cook

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br>v.<br><br>HAO T. COOK; and Does 1-10<br><br>　　　　Defendants. | Case No.: 3:19-CV-01836-JD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 15, 2020　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By:　/s/Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1
2  Dated: May 15, 2020                LAW OFFICES OF MATTHEW J. WEBB
3
4
5                                     By:   /s/Matthew J. Webb
                                            Matthew J. Webb
6                                           Attorneys for Defendant
                                            Hao T. Cook
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Matthew J. Webb, counsel for Hao T. Cook, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 15, 2020     CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　By:   /s/Amanda Lockhart Seabock
　　　　　　　　　　　　　　　 Amanda Lockhart Seabock
　　　　　　　　　　　　　　　 Attorneys for Plaintiff